IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 05-cv-02479-OES

DEC 1 5 2005

FERNANDO BUSTILLO,

GREGORY C. LANGHAM
CLERK

        Plaintiff,

v.

K. HAWK,
L. FRANKLIN,
W. ROAL,
L. JENKINS,
H. WATTS,
M. COOKSEY,
ROY NANOVIC,
G. HERSHBERGER,
DAN DOVE,
K. JOHNSON,
J. HURLEY,
M. PUGH,
M. GRECO,
E. GALLEGOS,
D. CALLAHAN,
J. BELL,
J. GRUNDY,
C. STRATMAN,
L. KOWALSKI,
S. CLOUGH,
LARRY DUPONT,
A. OSAGIE,
C. PEREZ,
LOUIS WINN,
BLAKE DAVIS,
R. RAU,
LEE GREEN,
R. K. STEVENS,
F. GARDNER,
S. FINLEY,
LARRY SMITH,
S. IRVIN,
D. ORTIZ,
A. FENLON,

R. BRYANT,
J. BELLANTONI,
B. F. JOHNSTON,
J. VILLASENOR,
K. TODD,
MAX DEAKINS,
J. CLAPPISON,
TIM ALLEN,
KENDEL JOHNSON,
M. McDOWELL,
P. MIDDLETON,
M. ROY,
P. BOUCHER,
V. SUDLOW,
R. WATSON,
MARY SOSA,
R. BAYSINGER,
M. GREEN,
T. SUDLOW,
D. GRAYSON,
L. KURTZ,
R. SMITH,
H. AMMEL,
M. MORRISON,
J. BAIR,
J. BENAVIDES,
B. BUNCH,
S. JONES,
J. MANLEY,
R. DERR,
T. DUNCAN,
C. GOMEZ,
R. HAND,
R. HOEKMAN,
T. JENKS,
K. JONES,
R. MARQUEZ,
L. SMITH,
T. SMITH,
S. SMITH,
P. TOWNSEND,
W. WEIR,
C. WERHMAN,
J. WHEATON,
W. WHITE,

D. P. WOMELDORF,
D. GALL,
C. SYNSVOLL,
S. ABEJA,
F. ALCALA,
D. ARMENDAREZ,
J. ARROYO,
M. ALLEN,
D. ALLEN,
R. HALE,
J. BAGLEY,
M. BANUELOS,
E. BARKER,
M. BARRY,
J. BATULIS,
S. BAUSERMAN,
J. BEAN,
J. BERTZYK,
S. CANNON,
J. CAVERAZGIE,
S. CEDANO,
G. CHAMBERLAIN,
F. CHAVARRIA,
D. COATES,
J. CONTRERAS,
S. CHRISTIE,
W. COX,
K. DAVIS,
M. DEVER,
DEAN DILL,
JON EDWARDS,
R. FLUCK,
ARILY GARRISON,
A. GILLESPIE,
E. GONZALES,
R. GOTREAUX,
J. GUADIAN,
L. HARVEY,
W. HEYGOOD,
A. HOLLADAY,
C. HOTCHKISS,
D. HOUSKA,
D. HUMPHRIES,
W. HUNTER,
A. JACKSON,

J. JENKINS,
S. JOHNSTON,
R. JONES,
M. KOBULNICKY,
R. KURETICH,
K. LANE,
D. LAW,
HENRY LONG,
M. LUNA,
C. LUTHER,
R. MACK,
M. MANESS,
M. MARONI,
R. MARTIN,
S. MARTINEZ,
J. McCOLLOCH,
M. McKEE,
W. McKINNON,
S. MESSIN,
S. MIDOCK,
D. MORAN,
G. NEWTON,
E. NICHOLLS,
A. NIX,
P. NORRIS,
J. OLIVER,
A. PERRY,
M. PESKA,
C. PETERS,
M. PETERSON,
W. PLILER,
R. POITRAS,
J. POLLOCH,
P. RACINE,
M. RAWSON,
LISA BRAREN,
R. REECE,
A. RICHARDS,
L. RIGGINS,
DAN RIGGS,
ORLANDO RIVERA-PEREZ,
W. RODGERS,
N. RUDD,
B. SALAZAR,
H. SANCHEZ,

D. SCHIAVONE,
MIKE SCHNOBRICK,
R. SCHWARTZ,
K. SCHWINN,
R. SILVA,
R. SHOCKLEY,
K. SHUMARD,
J. SKIDMORE,
S. SMALLWOOD,
D. SMITH,
J. SMITH,
M. SMITH,
S. SMITH,
C. STARK,
C. STEVENS,
C. STRINGER,
P. TELLITZ,
G. THIEL,
K. TORRES,
J. TOUCHSTONE,
M. TRABUE,
K. VALONA,
KELLY VIDANA,
J. VIGIL,
M. A. WACKER,
M. WILLIAMS,
R. WILLIAMS,
ANN WILSON,
B. WHEELER,
J. WHITE,
N. WHITING, and
R. SIDLER, Individually and in their official capacity,

      Defendants.

---

## ORDER TO CURE DEFICIENCIES

---

      Plaintiff Fernando Bustillo is a prisoner in the custody of the United States

Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at

Florence, Colorado.  Mr. Bustillo initiated this action by filing *pro se* in the United States

5

District Court for the District of Columbia a complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on September 19, 2005, the District of Columbia transferred the action to this court.

The court has reviewed Mr. Bustillo's complaint and finds that the complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. Mr. Bustillo will be directed to file the complaint on the proper form if he wishes to pursue his claims in this court in this action. Mr. Bustillo is advised that the amended pleading he files on the proper form must comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that he must submit to the court a separate copy of the complaint for each named Defendant.

Finally, the motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information about his financial status, the court finds that Mr. Bustillo is unable to pay an initial partial filing fee pursuant to § 1915(b)(1). However, although he need not pay an initial partial filing fee, Mr. Bustillo remains obligated to pay the required $250.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that Mr. Bustillo cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Bustillo, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Mr. Bustillo fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice. It is

6

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted.  It is

FURTHER ORDERED that Mr. Bustillo may proceed in this action without payment of an initial partial filing fee.  Mr. Bustillo remains obligated to pay the full amount of the required $250.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.  It is

FURTHER ORDERED that, until the $250.00 filing fee is paid in full, Mr. Bustillo shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment.  Mr. Bustillo is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order.  In order to show cause, Mr. Bustillo must file a current certified copy of his trust fund account statement.  It is

FURTHER ORDERED that if Mr. Bustillo fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this _15_ day of _December_, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02479-OES

Fernando Bustillo
Reg. No. 02530-051
ADX  – Florence
P.O. Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on  12-15-05

GREGORY C. LANGHAM, CLERK

By:_____
                          Deputy Clerk