IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02479-ZLW

FERNANDO BUSTILLO,

    Plaintiff,

v.

K. HAWK,
L. FRANKLIN,
W. ROAL,
L. JENKINS,
H. WATTS,
M. COOKSEY,
ROY NANOVIC,
G. HERSHBERGER,
DAN DOVE,
K. JOHNSON,
J. HURLEY,
M. PUGH,
M. GRECO,
E. GALLEGOS,
D. CALLAHAN,
J. BELL,
J. GRUNDY,
C. STRATMAN,
L. KOWALSKI,
S. CLOUGH,
LARRY DUPONT,
A. OSAGIE,
C. PEREZ,
LOUIS WINN,
BLAKE DAVIS,
R. RAU,
LEE GREEN,
R. K. STEVENS,
F. GARDNER,
S. FINLEY,
LARRY SMITH,
S. IRVIN,
D. ORTIZ,
A. FENLON,

R. BRYANT,
J. BELLANTONI,
B. F. JOHNSTON,
J. VILLASENOR,
K. TODD,
MAX DEAKINS,
J. CLAPPISON,
TIM ALLEN,
KENDEL JOHNSON,
M. McDOWELL,
P. MIDDLETON,
M. ROY,
P. BOUCHER,
V. SUDLOW,
R. WATSON,
MARY SOSA,
R. BAYSINGER,
M. GREEN,
T. SUDLOW,
D. GRAYSON,
L. KURTZ,
R. SMITH,
H. AMMEL,
M. MORRISON,
J. BAIR,
J. BENAVIDES,
B. BUNCH,
S. JONES,
J. MANLEY,
R. DERR,
T. DUNCAN,
C. GOMEZ,
R. HAND,
R. HOEKMAN,
T. JENKS,
K. JONES,
R. MARQUEZ,
L. SMITH,
T. SMITH,
S. SMITH,
P. TOWNSEND,
W. WEIR,
C. WERHMAN,
J. WHEATON,
W. WHITE,

D. P. WOMELDORF,
D. GALL,
C. SYNSVOLL,
S. ABEJA,
F. ALCALA,
D. ARMENDAREZ,
J. ARROYO,
M. ALLEN,
D. ALLEN,
R. HALE,
J. BAGLEY,
M. BANUELOS,
E. BARKER,
M. BARRY,
J. BATULIS,
S. BAUSERMAN,
J. BEAN,
J. BERTZYK,
S. CANNON,
J. CAVERAZGIE,
S. CEDANO,
G. CHAMBERLAIN,
F. CHAVARRIA,
D. COATES,
J. CONTRERAS,
S. CHRISTIE,
W. COX,
K. DAVIS,
M. DEVER,
DEAN DILL,
JON EDWARDS,
R. FLUCK,
ARILY GARRISON,
A. GILLESPIE,
E. GONZALES,
R. GOTREAUX,
J. GUADIAN,
L. HARVEY,
W. HEYGOOD,
A. HOLLADAY,
C. HOTCHKISS,
D. HOUSKA,
D. HUMPHRIES,
W. HUNTER,
A. JACKSON,

3

J. JENKINS,
S. JOHNSTON,
R. JONES,
M. KOBULNICKY,
R. KURETICH,
K. LANE,
D. LAW,
HENRY LONG,
M. LUNA,
C. LUTHER,
R. MACK,
M. MANESS,
M. MARONI,
R. MARTIN,
S. MARTINEZ,
J. McCOLLOCH,
M. McKEE,
W. McKINNON,
S. MESSIN,
S. MIDOCK,
D. MORAN,
G. NEWTON,
E. NICHOLLS,
A. NIX,
P. NORRIS,
J. OLIVER,
A. PERRY,
M. PESKA,
C. PETERS,
M. PETERSON,
W. PLILER,
R. POITRAS,
J. POLLOCH,
P. RACINE,
M. RAWSON,
LISA BRAREN,
R. REECE,
A. RICHARDS,
L. RIGGINS,
DAN RIGGS,
ORLANDO RIVERA-PEREZ,
W. RODGERS,
N. RUDD,
B. SALAZAR,
H. SANCHEZ,

D. SCHIAVONE,
MIKE SCHNOBRICK,
R. SCHWARTZ,
K. SCHWINN,
R. SILVA,
R. SHOCKLEY,
K. SHUMARD,
J. SKIDMORE,
S. SMALLWOOD,
D. SMITH,
J. SMITH,
M. SMITH,
S. SMITH,
C. STARK,
C. STEVENS,
C. STRINGER,
P. TELLITZ,
G. THIEL,
K. TORRES,
J. TOUCHSTONE,
M. TRABUE,
K. VALONA,
KELLY VIDANA,
J. VIGIL,
M. A. WACKER,
M. WILLIAMS,
R. WILLIAMS,
ANN WILSON,
B. WHEELER,
J. WHITE,
N. WHITING, and
R. SIDLER, Individually and in their official capacity,

     Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff Fernando Bustillo has filed *pro se* on April 17, 2006, a "Motion to Vacate Order Filed March 30, 2006." Mr. Bustillo asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed in this action on March 30, 2006. The

5

Court must construe the motion to reconsider liberally because Mr. Bustillo is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Although the motion to reconsider was not filed until April 17, 2006, Mr. Bustillo signed the motion on April 2, 2006, and he attaches to the motion a certificate of service stating that he gave a copy of the motion to a prison official for mailing on that same date. Pursuant to the prisoner mailbox rule, *see Houston v. Lack*, 487 U.S. 266, 270 (1988), the Court will deem the motion to reconsider filed on April 2, 2006. Therefore, because the motion to reconsider was filed within ten days after the Court's Order and Judgment of Dismissal, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Bustillo fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action. The Court dismissed the instant action because Mr. Bustillo failed to make any monthly filing fee payments or to show cause why he was unable to make the required monthly filing fee payments. The three major grounds that justify reconsideration are: (1) an intervening change in controlling law; (2) the

availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice. *See Shields v. Shetler*, 120 F.R.D. 123, 126 (D. Colo. 1988). Mr. Bustillo does not allege the existence of any new law or evidence and he fails to convince the Court of the need to correct clear error or prevent manifest injustice. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the "Motion to Vacate Order Filed March 30, 2006," filed on April 17, 2006, is denied.

DATED at Denver, Colorado, this __1__ day of __May__, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02479-BNB

Fernando Bustillo
Reg. No. 02530-051
US MCFP - Springfield
P.O. Box 4000
Springfield, MO 65801-4000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-2-06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk